**Order entered May 31, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00241-CV

**NITIN JARIWALA AND CHETNA HIRA, Appellants**

**V.**

**ALL AMERICA BANK, AN OKLAHOMA DOMESTIC BANK, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18218**

## ORDER

Before the Court are appellants' May 29, 2019 motion for extension of time to file their brief and appellee's May 30, 2019 response. We **GRANT** the motion and **ORDER** the brief be filed no later than June 27, 2019.

/s/    KEN MOLBERG
        JUSTICE